# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA DILWORTH, on behalf of Herself and others similarly situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:18-cv-3732 |
| BLUE CROSS AND BLUE SHIELD OF ILLINOIS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY | ) ) ) ) ) ) | Hon. Andrea R. Wood |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that on Thursday, June 28, 2018 at 9:00 a.m., we shall appear before the Honorable Andrea R. Wood, or any judge seated in her stead in Court Room 1925, at 219 S. Dearborn Street, Chicago, IL, and then and present Defendant Health Care Service Corporation's Motion For An Extension Of Time To File A Responsive Pleading, a copy of which was filed and served upon you through the Court's CM/ECF filing system.

Dated: June 25, 2018

Respectfully submitted,

HEALTH CARE SERVICE CORPORATION

By: */s/ Timothy R. Carwinski*
One of Its Attorneys

Timothy R. Carwinski (#6299248)
REED SMITH LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
Tel: (312) 207-1000
Fax: (312) 207-6400
tcarwinski@reedsmith.com
*Attorney for Health Care Service Corporation*

## **CERTIFICATE OF SERVICE**

The foregoing Notice of Motion was filed on June 25, 2018 electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to attorneys of record.


By: */s/ Timothy R. Carwinski*

Timothy R. Carwinski (#6299248)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Tel: (312) 207-1000
Fax: (312) 207-6400
tcarwinski@reedsmith.com
*Attorney for Health Care Service Corporation*